## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____

ROBERT BOLES,

                Plaintiff,

v.                                         Case No. 14-14074

DARNELL JACKSON,

                Defendant.

_____/

### JUDGMENT

In accordance with the court's "Order Summarily Dismissing Case, Denying

Motion for Leave to File Amended Complaint, and Denying Motion to Strike" dated June

30, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

Defendant Darnell Jackson and against Plaintiff Robert Boles.  Dated at Detroit,

Michigan, this 30th day of June 2015.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                                      S/ Lisa Wagner_____
                                  By:  Lisa Wagner, Case Manager
                                      to Judge Robert H. Cleland